# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00360-CV

### 1946, LLC, Appellant

### v.

### Lakeway Marina Village Condominium Association, Inc., Appellee

---

**FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
NO. D-1-GN-22-001007, THE HONORABLE DON R. BURGESS, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on November 27, 2024. On January 16, 2025, this Court sent a notice to appellant informing it that its brief was overdue and that a failure to file a satisfactory response by January 27, 2025, would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Rosa Lopez Theofanis, Justice

Before Justices Triana, Theofanis, and Crump

Dismissed for Want of Prosecution

Filed: February 7, 2025